FILED
CLERK, U.S. DISTRICT COURT
OCT - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>             Plaintiff, </br></br>     v. </br></br> JOHNNY VIDOSOLA, </br></br>             Defendant. | CR 96-01102-WDK </br></br> ORDER OF DETENTION AFTER HEARING </br> (Fed.R.Crim.P. 32.1(a)(6) </br> 18 U.S.C. § 3143(a) </br> Allegations of Violations of </br> Probation/Supervised Release </br> Conditions) |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

       A.  ( ✓ ) the appearance of defendant as required; and/or

       B.  ( ✓ ) the safety of any person or the community.

       The Court concludes:

       A.  ( ✓ ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he can abide by cond. of release_

1  B.  (✓) Defendant is a flight risk because defendant has
2     not shown by clear and convincing evidence that: _
3     _he can abide by conditions of release_____
4     _____
5     _____
6     _____

8     IT IS ORDERED defendant be detained.

10    DATED: October 9, 2008

                                    _____
                                    CAROLYN TURCHIN
                                    U.S. MAGISTRATE/DISTRICT JUDGE

20  [2/05]